# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SUHAIL ISHAQ, and JUSURU INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> N.V. LABS, INC., dba REFORMA, INC.; and DOES 1-50, <br><br> Defendants. | CASE NO.: 8:19-CV-00169-AG-DFM <br><br> Hon. Judge Andrew J. Guilford <br> Dept. 10-D <br><br><br> **ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the case.

DATED:   January 2, 2020   _____
                           UNITED STATES DISTRICT JUDGE